IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

    Plaintiff,

v.

GUY E. URCIUOLI,

    Defendant.

Criminal No.: 07-637 (PGS)

### ORDER MODIFYING BAIL

THIS COURT, having previously issued an order setting bail post-conviction for the Defendant, hereby modifies its previous order of bail dated on or about March 20, 2008 (the "March Bail Order").

On or about April 1, 2008, the Defendant filed, with this Court, an Affidavit reflecting that certain property in said affidavit was acquired prior to the actions which led to the criminal conviction of the Defendant.

The parties are satisfied as to the accuracy and veracity of the affidavit and thereby, this Court hereby orders that the property referenced in the affidavit on file with this Court under docket entry 45 shall be released from any liens made in favor of the United States Government and that Defendant's counsel may use a copy of this order to file any such document necessary to remove said lien for the full purpose of selling, transferring, mortgaging, or refinancing the property referenced in docket entry 45, so that the proceeds of the same may be used for the payment of attorneys fees and costs to

the law firm of Feingold & Kam. All proceeds shall only be deposited in the trust account of the law firm of Feingold & Kam and may only be utilized by Feingold & Kam.

This Order is done with the knowledge and consent of all of the parties as referenced by the signatures below.

DONE AND ORDERED in New Jersey on this ___2__ day of April, 2008.

_____
District Court Judge Sheridan

Read and agreed to by:

_____  _____
Robert Kirsch                     David J. Feingold, Esquire
Attorney for United States Government   Attorney for Defendant

_____
Kenneth Rowland
United States Pretrial Services