UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>               Plaintiff,<br><br>       v.<br><br>GUY E. URCIUOLI<br><br>              Defendants. | Civil Action No. 07-cr-637 (PGS)<br><br>**ORDER** |

This matter comes before the Court on the Defendant's motion for a new trial. The Court, having considered the papers, and for the reasons set forth in the record, and for good cause having been shown,

IT IS on this 2nd day of April, 2008;

**ORDERED** that the Defendant's motion for a new trial is denied.

*[signature]*

April 2, 2008                                                     PETER G. SHERIDAN, U.S.D.J.