**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

(973) 645 2580

Chambers of                                          Martin Luther King, Jr.
Peter G. Sheridan                                    Courthouse
Judge                                                P.O. Box 999
                                                     Newark, NJ 07101-999

Robert A. Kirsch
Assistant United States Attorney
970 Broad St.
Newark, NJ 07102

David Feingold
3300 PGA Boulevard
Palm Beach Gardens, FL 33410

RE: United States v. Urciuoli
Criminal Action No. 07-637
Settlement of the Record

    At a hearing on Defendant's motion for a new trial, defense counsel indicated that the record did not accurately reflect what happened at a sidebar during trial. Any disputes as to the record must be settled in this court. Fed. R. App. P. 10(e)(1).

    If there are any disputes remaining, the parties are hereby given fifteen (15) days from the date of this letter to submit motions to settle and conform the record.

    Thank you for your attention to this matter.

                                                          s/Peter G. Sheridan
                                                          United States District Judge

April 22, 2008