# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(973) 645-2580

CHAMBERS OF
PETER G. SHERIDAN
JUDGE

MARTIN LUTHER KING, JR.
COURTHOUSE
P.O. BOX 999
NEWARK, NEW JERSEY 07101-0999

TO:      Counsel of Record

FROM:    Peter G. Sheridan, U.S.D.J. *PGS*

DATE:    November 21, 2008

RE:      USA v. Guy Urciuoli
         07-637 (PGS)

---

I have received the attached letter from Mr. Urciuoli. Please explain what he is requesting.

*So Ordered*

*Having reviewed the subpoena, and the letter from Mr. Feingold, the Court finds without more information a subpoena should not issue. If Mr. Urciuoli's request constitutes a motion for relief based upon newly discovered evidence, the appropriate motion should be made.*

*/s/ Peter G. Sheridan*
*12/1/08*

10/27/08

RE: United States vs. Guy Urciuoli, Case No. 2:07-CR-00637-PGS

(NO)

Dear Clerk of the Court,

Will you please send me a subpoena for documents and other tangible evidence.

Thank you for your assistance.

Sincerely,

*[signature]*
Guy Urciuoli
77403-004
FCI Jesup
2680 Hwy 301 South
Jesup GA 31599

RECEIVED
OCT 31 2008
Joseph A. Greenaway, Jr.
United States District Judge