UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES, | : | Civil Action No. 07-cr-637 (PGS) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| GUY E. URCIUOLI | : | |
| Defendants. | : | |

This matter comes before the Court on the Defendant's motion to receive transcripts without additional cost. The Court, having considered the papers, and having received and forwarded the transcripts requested, and for good cause having been shown,

IT IS on this 28 day of January, 2009;

**ORDERED** that the Defendant's motion to receive transcripts without additional costs is denied as moot.

January 28, 2009

PETER G. SHERIDAN, U.S.D.J.