LAW OFFICES                                CHASAN LEYNER & LAMPARELLO

A PROFESSIONAL CORPORATION

300 HARMON MEADOW BOULEVARD
SECAUCUS, NEW JERSEY 07094-3621
TEL. (201) 348-6000
FAX (201) 348-6633
WWW.CHASANLAW.COM

COUNSEL
JOEL A. LEYNER
ARTHUR N. D'ITALIA

OF COUNSEL
HERBERT KLITZNER
JOSEPH M. ANDRESINI
ROBERT M. CZECH
MICHAEL A. D'ANTON, PH.D.

RAYMOND CHASAN
(1904-1988)

RALPH J. LAMPARELLO
ROBERT A. KAYE
CINDY NAN VOGELMAN
JOHN V. MALLON
STEVEN L. MENAKER
THOMAS R. KOBIN
ROBERT A. CAPPUZZO
JOHN L. SHAHDANIAN II
ANTHONY V. D'ELIA
MITZY GALIS-MENENDEZ
PATRICK J. ARRE
JOHN P. BEIRNE
MICHAEL D. WITT

KIM R. ONSDORFF
JORDAN S. FRIEDMAN
THOMAS A. MORRONE
ANN M. MERRITT
PETER L. MacISAAC
NICOLE R. CASSATA
MICHAEL A. CASSATA
JOSEPH A. GARCIA
MARK S. HANNA
JOSE VILARIÑO
ROOSEVELT JEAN
KIRSTIN BOHN
JOSEPH A. LAGANA
JOHN M. TUNTEVSKI
RICHARD W. FOGARTY
MARIA P. VALLEJO
RAYMOND J. SEIGLER
ROBERT E. FINN
JOSEPH CATENARO

△ N.J. & N.Y. BARS
◊ N.J. & PA. BARS
∇ N.J. & D.C. BARS
⊕ N.J., N.M. & KS. BARS
∩ N.J. & FL. BARS

• CERTIFIED CIVIL TRIAL ATTORNEY
✝ CERTIFIED CRIMINAL TRIAL ATTORNEY
○ RULE 1:40 QUALIFIED MEDIATOR

September 23, 2009

Hon. Peter G. Sheridan, U.S.D.J.
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

Attn: Dolores

Re: United States v. Guy E. Urciuoli
      Docket No. CR 07-637 (PGS)

Dear Dolores:

Thank you forwarding a copy of Mr. Urciuoli's Motion to remove a lien.

I enclose a copy of the 'filed" Satisfaction of Lien for the property 10556 Noddy Tern Road, Royal Highlands, Florida which is the property referred to in Mr. Urciuoli's Motion as 10556 Noddy Tern Road, Weeki Wachee, Florida.

If the Court requires anything further from us as local counsel, please do not hesitate to contact me.

Very truly yours,

Steven L. Menaker
For the Firm

SLM/mr
Enc.
c:  Guy Urciuoli

[Handwritten: Motion is withdrawn. Release of lien issue is resolved. Close matter.]

SO ORDERED: [signature]
DATED: 10/6/09